# IIN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUADARIUS LUSK | Case No.: 4:24-CR-00006-CDL-MSH-1 |

## ORDER

Defendant was indicted on February 13, 2024, ECF. 1, and arraigned on February 28, 2024, ECF. 22. A Pretrial Conference is currently scheduled for March 28, 2024. Defendant requests a continuance, and the government does not oppose. Specifically, Defendant will need additional time to conduct investigation with Mr. Lusk and discuss the government's case in chief.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the term of court set for <u>March 2025 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **19th** day of **March, 2024**.

                                                          S/Clay D. Land_____
                                                          CLAY D. LAND
                                                          U.S. DISTRICT COURT JUDGE
                                                          MIDDLE DISTRICT OF GEORGIA